UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

ANGEL RIVERA

                   Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MAG 11761

Defendant ANGEL RIVERA _____ hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

s/ Angel Rivera by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Angel Rivera*
_____
Print Defendant's Name

*[signature: Larry Sheehan]*
_____
Defendant's Counsel's Signature

**LARRY SHEEHAN**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-22-20
_____
Date

*[signature]*
_____
U.S. District Judge/U.S. Magistrate Judge